IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CALVIN R. TURNER                                                                                                PLAINTIFF

vs.                                            Civil No. 3:11-cv-03076

MICHAEL J. ASTRUE                                                                                          DEFENDANT
Commissioner, Social Security Administration

**J U D G M E N T**

      For reasons stated in the memorandum opinion of this date, I hereby reverse the decision of the Commissioner and remand this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

      If plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable" i.e., thirty (30) days after the sixty (60) day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

      **IT IS SO ORDERED this 28th day of August 2012.**

      /s/  Barry A. Bryant
      HON. BARRY A. BRYANT
      U. S. MAGISTRATE JUDGE